Anderson, Gregory JR
FULL NAME
Anderson, Gregory
COMMITTED NAME (if different)
North Kern State Prison
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O.Box 5004, Delano CA 93216
BJ6143
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
2/1/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: vav DEPUTY

FEE DUE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Gregory Anderson

PLAINTIFF,

v.

Long Beach Police Department DEFENDANT(S).

CASE NUMBER 2:23-cv-00784-JGB-AS

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? ____________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
JAN 20 2023
ROOM 1(2

a. Parties to this previous lawsuit:
Plaintiff ______

Defendants ______

b. Court ______

c. Docket or case number ______

d. Name of judge to whom case was assigned ______

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______

f. Issues raised: ______

g. Approximate date of filing lawsuit: ______

h. Approximate date of disposition ______

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

   If your answer is no, explain why not The concerning facts relating to this complaint, happened at a sub station during Booking, (while in hand cuffs)

3. Is the grievance procedure completed? ☐ Yes ☑ No

   If your answer is no, explain why not The concerning facts relating to this complaint, happened at a sub station during Booking (while in hand cuffs)

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff Anderson, Gregory
(print plaintiff's name)

who presently resides at North Kern State Prison,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Long Beach california Polica department
(institution/city where violation occurred)

on (date or dates) July 27, 2022 (Claim I), ______ (Claim II), ______ (Claim III).

**NOTE**: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant John Doe (full name of first defendant) resides or works at
   Long Beach Police department (full address of first defendant)
   Peace Officer(s) (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Illegal use of force during Booking in Substation (excessive force)

2. Defendant John Doe (full name of first defendant) resides or works at
   Long Beach Police department (full address of first defendant)
   Peace officer(s) (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Illegal use of force during Booking in substation (excessive force)

3. Defendant John Doe (full name of first defendant) resides or works at
   Long Beach Police department (full address of first defendant)
   Peace officer(s) (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Illegal use of force during Booking in Substation (excessive force)

4. Defendant John Doe resides or works at
(full name of first defendant)

Long Beach Police Department
(full address of first defendant)

Peace Officer(S)
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

Illegal use of force during Booking in Sub station (excessive force)

5. Defendant John Doe resides or works at

(full name of first defendant)

Long Beach Police Department
(full address of first defendant)

Peace Officer(S)
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

Illegal use of force during Booking in substation (excessive force)

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

All initial civil rights has been violated that coincide with the 8th Amendment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Defendant one, Sexually abuse me, Defendant two, Twist my ankle, Defendant three Slamed my head on the ground, Defendant four, Twist my wrist, Defendant five, Put his knee in my back. I was in the Long Beach Police Department substation. Arrested for the crime of Assault with a Deadly weapon (245 pc). I was dressed in a Grey Beefy hanes T Shirt, Black Boxer Briefs, Black socks, Blue-Red Shoes. I was in hand cuffs the whole time, from the crime scene until housing in a holding cell, even through medical attention.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

20 million dollars, Twenty Million dollars

Jan 15, 2023
(Date)

[signature]
(Signature of Plaintiff)

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
312 NORTH SPRING STREET, ROOM 255
LOS ANGELES, CALIFORNIA 90012
LOS ANGELES CA
27 JAN 2023 PM 8 L
UNITED STATES COURTHOUSE
350 W. 1st ST.
LOS ANGELES, CA 90012
SANTA CLARITA CA 913
17 JAN 2023 PM 1 L
RECEIVED
ROOM 112
Confidential
Legal Mail

